**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT SEP 28 2016

EASTERN DISTRICT OF ARKANSAS

JAMES W. McCORMACK CLERK

NORTHERN DIVISION   By _____

DEP CLERK

ROBERT HENRY #93695                          PLAINTIFF

V          CASE NO: 4:16-Cv-699-BSM-BD

MATT RICE, Sheriff
JOHN RANDELL, Major
MR. LASKER, Captain                    **COMPLAINT**
MR. Sexton, Captain                       **UNDER**
MR. Stewart, Physician              **42 U.S.C. § 1983**
MR. NUNYAN, Nurse                          **FOR**
MS. STONE, Sergeant          **EIGHTH AMENDMENT CLAIM**
MR. ROPPER, Corporal
MR. BROWN, Corporal        (MR ANDREWS, Lieutenant)
MR. WILLIAMS, Officer       Sgt. Tet
MR. CHILDS, Officer         (Lt. Huffman)
MR. CONWAY, Officer         Cpl. Whitcomb
MR. McCLINTON, Officer      Cpl. Kelly
MR. WIMBERLY, Officer,
        Faulkner County, Arkansas, Detention Center,
        801 Locust Street, Conway, AR 72034      DEFENDANTS
Cpl. MS Barber, Officer, same address
MR GLOVER, Officer, Cpl.

I. JURISDICTION AND VENUE

1.) This is a civil action authorized by 42 U.S.C. § 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. § 1331 and 1343(a)(3).

2.) The Eastern District of Arkansas is an appropriate venue under

This case assigned to District Judge _Miller_
and to Magistrate Judge _Deere_

28 U.S.C. § 1391 (b)(2), because it is where the events giving rise to this claim occurred.

## II. PLAINTIFFS

3.) Plaintiff Robert Henry was a pretrial detainee at the Faulkner County Detention Center when the events in this action occurred. He is presently in the custody of the Arkansas Department of Corrections, Grimes Unit, 300 Corrections Drive, Newport, AR 72112.

4.) Plaintiff is suing defendants in their official and personal capacity and is requesting a trial by jury

## III PREVIOUS LAWSUITS

5.) Plaintiff filed a previous lawsuit that dealt with the same facts that are described in this lawsuit. The case was titled Henry v Randell, No: 4:15 CV00230-JLH-JWC, the Honorable J. Leon Holmes, presiding over the case. The case was dismissed without prejudice on August 13, 2015, for failure to comply with Local Rule 5.5(c)(2) and failure to respond to Courts Order. It was filed in this Court.

## IV. EXHAUSTION OF REMEDIES

6.) Plaintiff Henry filed numerous grievances that presented the facts set forth in this complaint. There is no appeal process available for grievances in the Faulkner County Detention Center, so the grievances included in this lawsuit have been completely exhausted and satisfy the requirements of the Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e. (See Appendix A for Grievances)

(2)

## V. DEFENDANTS

7.) Defendant Matt Rice, is the Sheriff of Faulkner County, Arkansas, and is responsible for the Faulkner County Detention Center, the employees that work there, the training of the employees that work there, the prisoners that are housed there, and overall operation of that facility.

8.) Defendant John Randall, is a Major at the Faulkner County Detention Center (hereinafter "FCDC"). He is responsible for the operation of the FCDC and the welfare of the detainees in the facility along with the training of all employees that work there.

9.) Defendants Lasker and S̶m̶i̶t̶h̶ are Captains at the FCDC and they are both responsible for overall supervision and training of subordinate officers and the welfare of the prisoners held at FCDC.

10.) Defendant Stewart is a Veterinarian, hired by FCDC to provide adequate healthcare to the prisoners being held there.

11.) Defendant Munyan is a Nurse, hired by FCDC to provide healthcare to prisoners being held there.

12.) Defendants Stone, Ropper, Brown, Williams, Childs, Conway, McClinton, and Wimberly, are all officers at FCDC. They are collectively responsible for the day to day operation of the detention facility and the needs of the prisoners held there, including passing medications. Lt. Andrews, Cpl. Glover, Cpl, Ms. Barber (8-8-16) etc. Sgt. Teel, Sexton

13.) Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint, each defendant acted under the color of state law.

cont (12) Lt. Huffman    Cpl. Kelly

## VI. FACTS

14.) At all times relevant to this case, Plaintiff Robert Henry was a detainee incarcerated in the Faulkner County Detention Center.

15.) Plaintiff was processed into the FCDC on December 28, 2014.

16.) Plaintiff notified jail personnel during the processing that he was diabetic with high blood pressure, that required that his blood sugar (hereinafter "B/S") and blood pressure (hereinafter "B/P") levels be checked regularly (at least twice daily), and insulin injections be administered as needed with blood pressure medication when needed.

17.) Plaintiff notified jail personnel during processing that he had been taking 70/30 insulin that he got from the Veterans Administration. All this information was relayed to Nurse Mungan by Plaintiff Henry.

18.) On 12/28/14, Dr. Stewart ordered that my B/S be checked regularly for the first fourteen (14) days after my arrival so he could get a general idea of how my B/S reacted in a different environment.

19.) After those first 14 days, diabetic care was almost nonexistent.

20.) Plaintiff began requesting that he receive food prepared specifically for diabetics because his B/S was not being checked regularly. This request was denied because FCDC did not serve "diabetic" food trays.

21.) On 3/2/15, Plaintiff's B/S was so high that it was effecting his vision, and so during court that day, Faulkner County Circuit Judge intervened and Ordered that Plaintiff receive proper care for diabetes. (See Order in Appendix C) and was NEVER did

22.) Because Plaintiff's B/S was so high on 3/2/15, Dr. Stewart ordered untrained officers to administer 300 units of insulin in a 3 day period. After receiving all this insulin, Plaintiff couldn't see at all.

(4.)

23.) On 3/8/15, Plaintiff's B/S was 108 at 3:25 p.m., and no insulin was taken.

24.) On 3/10/15, Plaintiff's B/S was not checked at 4 a.m. Plaintiff's commissary was taken by order of Dr. Stewart. At 2:30 p.m., Plaintiff's B/S was 92, they only give him crackers to eat, moved him to another cell.

25.) On 3/11/15, Plaintiff's B/S check times was changed from 4 a.m. to 8 a.m. B/S was 192 at 8 a.m. and refused 40 units of insulin. B/S was not checked in the P.M.

26.) On 3/12/15, B/S was 92 at 3 p.m. and no insulin was taken. Saw Dr. Stewart who said only diet soda pop - peanut - chicken - and told Plaintiff to work with him, that he could only eat cracker on his tray and vet. (PEAS)

27.) On 3/13/15, Officer Williams passed out wrong medication. At 4 a.m., Plaintiff was called on to check detainee Phillip McClelland's B/S because there was no nurse on duty and Officers Childs and Kimberly didn't know how to do it. Untrained officers on duty. At 3 p.m. Plaintiff's B/S was 155 and took 30 units insulin from Officer Conway, again untrained officers didn't know how to help inmate.

28.) On 3/14/15, Officer Conway passed out insulin injections.

29.) On 3/15/15, Plaintiff's B/S was 157 at 3 p.m. and no insulin taken. I (Henry) ask about insulin but staff over looked my request.

30.) On 3/16/15, Plaintiff's B/S was 202 at 8:15 a.m. Plaintiff asked Officer if insulin could be reduced to 35 units due to eyesight, but Officer insisted that Plaintiff take 40 units until Dr. Stewart gave order for 35 units. Eyesight was worse when taking 40 units. Cpl. Ropper witnessed the conversation.

B/S was not checked until 6 p.m. on 3/16/15 and was 232. Plaintiff's eyeglasses were also taken on 3/16/15 because they had wire frames, but other inmates' glasses were not taken.

(5)

31.) On 3/17/15, Plaintiff was called on at 3:30 a.m. to check detainee Phillip McClelland's B/S again with Curtis Morgan and Dan Burnside as witnesses, because Officers Childs and Kimberly are untrained. Officer McClinton told me to waive doctor care and Plaintiff was given new medication for his blood pressure that he was not aware of.

32.) On 3/18/15, Plaintiff saw Dr. Stewart and informed him that eyesight was getting worse. Plaintiff was told to read the chart on the wall. He did, as best he could, and no comment was made afterward.

33.) On 3/19/15, B/S was 252 at 9 a.m. Plaintiff took insulin and had breakfast of sweetened rice. B/S was 82 at 3p.m. Lt. Huffman returned some eyeglasses to Plaintiff, but they did not belong to him

34.) On 3/20/15, B/S was 251 at 9:30 a.m. B/S was not checked in the P.M.

35.) On 3/26/15, Dr. Stewart informed me that I had cataracts on my eyes. I didn't have them when I processed in.

36.) On 4/4/15, Plaintiff's blood pressure (B/P) was not checked.

37.) On 4/5/15, B/P not checked.

38.) On 4/6/15, Circuit Judge issued Order for Plaintiff to receive diabetic care. B/P was not checked.

39.) On 4/7/15, Circuit Judge issued Order for Faulkner County to pay for Opthamologist care and whatever treatment, B/P unchecked. (See Order in Appendix C)

40.) On 4/8/15 – 4/13/15, Plaintiff's B/P not checked.

41.) Cpl. Whitcomb didn't pass out medication. Came to Plaintiff's cell at 3 p.m. and said he forgot, on 4/13/15

42.) On 4/14/15, a Medical Request was returned to Plaintiff. Stated that Faulkner County would not pay for Plaintiff's eye care even though Ordered by Circuit Judge to do so.

43.) On 4/26/15, Officer M'Clinton came to Plaintiff's cell threatening him because he was continuously writing requests to medical about an appointment with an Opthamologist. M'Clinton told Plaintiff not to write to anybody because he would get his appointment eventually. Officer M'Clinton said he would lock Plaintiff up if he wrote grievance

44.) Plaintiff developed toothache over weekend of 5/15/15 and because there was no nurse on duty, he had nothing for the pain all weekend, but told staff even wrote grievance

45.) On 5/20/15, B/S was not checked and it's gradually becoming later and later in the day when it is checked.

46.) On 5/27/15, B/S was not checked at scheduled 3 p.m. check.

47.) On 5/28/15, B/S was not checked in the A.M. After eating Peanut Butter and Jelly sandwich at 12:40 p.m., Cpl. Williams was notified and B/S checked.

48.) At a later date, unknown at this time, Plaintiff saw an Opthamologist, who told him that the overdose of Insulin that he received in FCDC in an effort to lower his B/S level, was the cause of his cataracts.

NOTE:

49.) Plaintiff eventually posted bond and was released from the FCDC, but returned on 8/4/16 to answer to criminal charges.

50.) On 8/5/16, Plaintiff filed a grievance on a Kiosk, that the

(7.)

FCDC began using instead of paper, wanting to know why he was not served a dichetic tray. This was at 8:45 p.m. On 8/8/16, Lt. Gary Andrews responded at 3:06 p.m., that FCDC does not pass out food trays for diabetics.

51.) On 8/5/16, Nurse Munyan stated to Plaintiff that FCDC did not prepare special food trays for diabetics even if inmate has Arkansas Dept of Correction paperwork from the ADC medical department.

52.) On 8/5/16, Plaintiff received insulin from Cpl. Barber at 9:15 p.m. After waiting all day and ADC send medication and insulin with Plaintiff.

53.) On 8/7/16, B/S was not checked. Officer Kelly passed out meds. and did not check B/S every day as he required.

54.) On 8/8/16, Cpl. Williams gave insulin injections.

55.) It should be noted that the Faulkner County Circuit Judge issued an Order to the FCDC directing them to care for my diabetes. During my stay at FCDC, there were no diabetic trays served. Every meal consisted of items full of sugar as shown in the menu I've written up and attached to this complaint (See Appendix C) and FCDC still don't have diabetic trays.

## VII. LEGAL CLAIMS

56.) The FCDC failed to provide trained personnel for Plaintiff Henry that had even a working knowledge of how to care for detainees with diabetes. As a result, Plaintiff was given food rich in sugar and starches (food that turns into sugar) and his B/S was not checked on a regular basis, which led to insulin overdoses.

57.) The Faulkner County Circuit Court Ordered that Plaintiff receive diabetic care and the FCDC ignored that Order, which resulted

in Plaintiff's B|S elevating to a point so high that untrained detention officers and a veterinarian doctor overdosed him with insulin trying to bring down the B|S level, which led to Plaintiff's loss of vision and cataracts on his eyes.

58.) Plaintiff Henry attempted numerous times to have his diabetes monitored at the same time, at least twice daily. Plaintiff complained of untrained FCDC officers passing out medication and checking B|S levels, but nothing he wrote accomplished the results needed.

59.) The Defendants acted with malice and malicious intent when they did not check Plaintiff's B|S regularly. Their wanton misconduct was an act or a failure to act when there is a duty to do so. The defendant's conduct is much more than mere negligence; it was a gross deviation from what a reasonable person would do.

60.) The intentional deprivation of regularly scheduled blood sugar checks that Plaintiff was forced to endure was deliberate and intentional. Because of this intentional deprivation, Plaintiff Henry has been and will continue to be irreparably injured by the conduct or lack of by all defendants. Plaintiff's eyesight cannot be replaced.

61.) Plaintiff Henry's rights under the Eighth Amendment of the United States Constitution have been violated, because collectively, the named defendants, all employees of the Faulkner County Detention Center, were deliberately indifferent to his serious medical need.

☆ NOTE: Medical Requests and Responses are in Appendix "B"

Circuit Judge Pretrial Order and Opthamologist Order, and Menu located in Appendix "C"

(9.)

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this court enter judgment:

62.) Granting Plaintiff Henry a declaration that the acts and omissions described herein violated his rights under the Constitution and laws of the United States, and

63.) Ordering the FCDC to provide properly trained officers and medical personnel with specific emphasis on care of diabetic detainees, 24/7, and

64.) Ordering the FCDC to begin serving diabetic food trays, and

65.) Granting Plaintiff Henry compensatory damages in the amount of $25,000.⁰⁰ against each defendant, and

66.) Granting Plaintiff Henry punitive damages in the amount of $15,000.⁰⁰ against each defendant, and

67.) Plaintiff seeks a jury trial on all issues triable by jury, and

68.) Plaintiff seeks recovery of his costs in this suit, and

69.) Any additional relief this Court deems just, proper, and equitable, and

70.) Plaintiff would like to reserve the right to amend and/or supplement this Complaint should such a need arise or if the Court requires additional information.

(10.)

I declare under penalty of perjury (18 U.S.C. §1621) that the foregoing is true and correct.

Executed on this 20th day of September, 2016.

Respectfully submitted,
Robert Henry
Robert Henry #93695
300 Corrections Dr
Newport, AR 72112

STATE OF ARKANSAS)
                 ) z
COUNTY OF JACKSON)

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 20th day of September, 2016.

My Commission Expires: 4-4-22

NOTARY PUBLIC

**OFFICIAL SEAL - #12387267**
**COTY POWERS**
NOTARY PUBLIC-ARKANSAS
LAWRENCE COUNTY
MY COMMISSION EXPIRES: 04-04-22

(11.)

APPENDIX  "A"

Grievances Filed By Plaintiff In
Faulkner County Detention Center

Case 4:15-cv-00699-JLH Document 26 Filed 05/19/15 Page 8 of 877
Faulkner County Detention Center
Case 4:16-cv-00469-JLH Document 2 Filed 06/28/16 Page 13 of 50 FCDC / 2014 - 20

**Detainee Grievance Form**

Detainee's Name (Print) _Robert E. Henry_     Date _4-12-15_   Cell _203_

STATE YOUR GRIEVANCE: _I want to know since you have a officer passing out insulin on weekend in the Hall and untrained officers passing out medication doing the week and on weekend how is that Right by Protoll-call (Protocal)_

Signature and Date of Detainee Writing Grievance: _Robert Henry_

Signature of Receiving Officer: _____ Date: _4/12/15_

_Detention officers are authorized to pass meds - that is the protocol._

Signature of Responding Grievance Officer: _____  Date: _4/17/15_

**Matters Which Cannot Be Grieved:**

1. Trusty job assignments, Release matters, housing unit assignments, state and federal case laws and regulations.
2. Anticipated events, requests for disciplinary actions against an employee, claims for monetary damage.
3. Administrative directives, group petitions, any matter beyond the control of the Faulkner County Detention Facility.
4. Meals or complaints about how other jails operate compared to Faulkner County.
5. Rules posted by Faulkner County Detention Center.

**Abuse of the Grievance Procedure:**

1. Excessive use of the procedure. Excessive is defined as the submission of numerous or redundant grievances beyond that which is considered reasonable.
2. Declaration of an emergency grievance when it is determined that no emergency existed.
3. Use of indecent or vulgar language.
4. Malicious use of the procedure by any inmate who knowingly makes false statements about staff.
5. Frivolous grievances which are clearly insufficient will be returned to the inmate without being processed.

Employees are forbidden from punishing a detainee for writing a grievance. Any perceived punishment shall be reported to the jail administrator / assistant jail administrator without delay. Substantiated reports of retaliation shall subject the employee to disciplinary action.

_Please don't mail this forms to us because it will not be answered._

# Faulkner County Detention Center
## Detainee Grievance Form

FCDC / 2014 - 20

**Detainee's Name (Print)** Robert E. Henry **Date** 4-24-15 **Cell** 203

**STATE YOUR GRIEVANCE:** Why am I having a problem w/your officers passing out wrong medication and I was told that officers are over housing, But when the Protocol say they can pass-out medication they need to be trained. But the grievance I got back states that officers can pass out. So what is the Protocol. By law for an untrained officer to pass out wrong medication.

**Signature and Date of Detainee Writing Grievance:** Robert H 322

**Signature of Receiving Officer:** _____ **Date:** 4/24/15

Detainee Henry Corporals and Senior officers are the ones to pass medication. I will look into your claim as they are being passed incorrectly

**Signature of Responding Grievance Officer:** Sgt Shn **Date:** 4/24/15

**Matters Which Cannot Be Grieved:**
1. Trusty job assignments, Release matters, housing unit assignments, state and federal case laws and regulations.
2. Anticipated events, requests for disciplinary actions against an employee, claims for monetary damage.
3. Administrative directives, group petitions, any matter beyond the control of the Faulkner County Detention Facility.
4. Meals or complaints about how other jails operate compared to Faulkner County
5. Rules posted by Faulkner County Detention Center

**Abuse of the Grievance Procedure:**
1. Excessive use of the procedure. Excessive is defined as the submission of numerous or redundant grievances beyond that which is considered reasonable.
2. Declaration of an emergency grievance when it is determined that no emergency existed
3. Use of indecent or vulgar language.
4. Malicious use of the procedure by any inmate who knowingly makes false statements about staff.
5. Frivolous grievances which are clearly insufficient will be returned to the inmate without being processed.

Employees are forbidden from punishing a detainee for writing a grievance. Any perceived punishment shall be reported to the jail administrator / assistant jail administrator without delay. Substantiated reports of retaliation shall subject the employee to disciplinary action.

*Please don't mail this forms to us because it will not be answered.*

Faulkner County Detention Center
Detainee Grievance Form

FCDC / 2014 - 20

Detainee's Name (Print) _Robert E. Henry_    Date _5-7-15_    Cell _203_

STATE YOUR GRIEVANCE: _So who to I need to talk to about_
_Diabetic tray since my B/S go up on_
_reg. trays at the unit_
_I have ask medical before no-answer_

Signature and Date of Detainee Writing Grievance: _Robert H._

Signature of Receiving Officer: _Cpl Kgr_    Date: _5/7/15_

_Diabetic diets are not an option available_
_here at FCSO, your diabetes is under_
_control by monitoring and the use of_
_Insulin_

Signature of Responding Grievance Officer: _____    Date: _5/8/15_

**Matters Which Cannot Be Grieved:**
1. Trusty job assignments, Release matters, housing unit assignments, state and federal case laws and regulations.
2. Anticipated events, requests for disciplinary actions against an employee, claims for monetary damage.
3. Administrative directives, group petitions, any matter beyond the control of the Faulkner County Detention Facility.
4. Meals or complaints about how other jails operate compared to Faulkner County.
5. Rules posted by Faulkner County Detention Center.

**Abuse of the Grievance Procedure:**
1. Excessive use of the procedure. Excessive is defined as the submission of numerous or redundant grievances beyond that which is considered reasonable.
2. Declaration of an emergency grievance when it is determined that no emergency existed.
3. Use of indecent or vulgar language.
4. Malicious use of the procedure by any inmate who knowingly makes false statements about staff.
5. Frivolous grievances which are clearly insufficient will be returned to the inmate without being processed.

Employees are forbidden from punishing a detainee for writing a grievance. Any perceived punishment shall be reported to the jail administrator / assistant jail administrator without delay. Substantiated reports of retaliation shall subject the employee to disciplinary action.

_Please don't mail this forms to us because it will not be answered._

## Faulkner County Detention Center
### Detainee Grievance Form

FCDC / 2014 - 20

Detainee's Name (Print) *Robert E. Henry*  Date *5-20-15*  Cell *203*

STATE YOUR GRIEVANCE: Sir, Sgt. Teel you witness when I inform you that at 12:35 p.m the nurse had not came by and check my B/S. It has been a problem due to the fact ea. day it was getting later and later. First it was 8:00am I talk to nurse he said 9:00am so after a week it was 9:30 then I said something to him, then it was It was told to me he have between 9:00 am and 10:00 am. Next time it was 10:30 I wrote it up. Now today on 5-20-15 he (nurse) didn't even check B/S. Cpl Ropper did after I had ate ½ sandwish B/S was 190. My question is by protocal how is it nurse check it when he get ready

Signature and Date of Detainee Writing Grievance: *Robert Henry*

Signature of Receiving Officer: _____ *859*  Date: *5 / 20 / 15*

The protocol is such that one hour previous to and upto one hour past the stated time of 0900 is acceptable. There may be days when it is (your BS) checked outside of that time frame due to the needs of the facility. The day that the nurse did not check your BS; you were on the bench downstairs on your way to court?

Signature of Responding Grievance Officer: _____  Date: *5/ 22/ 15*

**Matters Which Cannot Be Grieved:**
1. Trusty job assignments, Release matters, housing unit assignments, state and federal case laws and regulations.
2. Anticipated events, requests for disciplinary actions against an employee, claims for monetary damage.
3. Administrative directives, group petitions, any matter beyond the control of the Faulkner County Detention Facility.
4. Meals or complaints about how other jails operate compared to Faulkner County.
5. Rules posted by Faulkner County Detention Center.

**Abuse of the Grievance Procedure:**
1. Excessive use of the procedure. Excessive is defined as the submission of numerous or redundant grievances beyond that which is considered reasonable.
2. Declaration of an emergency grievance when it is determined that no emergency existed.
3. Use of indecent or vulgar language.
4. Malicious use of the procedure by any inmate who knowingly makes false statements about staff.
5. Frivolous grievances which are clearly insufficient will be returned to the inmate without being processed.

Employees are forbidden from punishing a detainee for writing a grievance. Any perceived punishment shall be reported to the jail administrator / assistant jail administrator without delay. Substantiated reports of retaliation shall subject the employee to disciplinary action.

*Please don't mail this forms to us because it will not be answered.*

Sgt
TEE

## Faulkner County Detention Center
## Detainee Grievance Form

FCDC / 2014 - 20

Detainee's Name (Print) __Robert Henry__ Date __5-27-15__ Cell __203__

STATE YOUR GRIEVANCE: So you say the T.V. is not a grievance complaint
will you let me know since world news comes on at 7:00am why can't
we watch it until 9:00am sir.

Also I would like to inform you that I'm not getting grievance back
from medical staff you turn-n-to them concerning them not taking
my sugar twice a day. I just want you to know that I'm not writting
the nurse concerning this mater because he has gotten away w/it
when he wrong he neuse send them back. My BS is important to me

Signature and Date of Detainee Writing Grievance: __Robert Hay__

Signature of Receiving Officer: __B__          Date: __5 27 15__

Television is set to Local News at wake up.
At head cont it is switched to TNT.

I have and will again address the Medical
department on your grievance. Please fill out a
Medical Report form.

Signature of Responding Grievance Officer: __Lt. Huffman__     Date: __5 29 15__

**Matters Which Cannot Be Grieved:**
1. Trusty job assignments, Release matters, housing unit assignments, state and federal case laws and regulations.
2. Anticipated events, requests for disciplinary actions against an employee, claims for monetary damage.
3. Administrative directives, group petitions, any matter beyond the control of the Faulkner County Detention Facility.
4. Meals or complaints about how other jails operate compared to Faulkner County.
5. Rules posted by Faulkner County Detention Center

**Abuse of the Grievance Procedure:**
1. Excessive use of the procedure. Excessive is defined as the submission of numerous or redundant grievances beyond that which is considered reasonable
2. Declaration of an emergency grievance when it is determined that no emergency existed.
3. Use of indecent or vulgar language
4. Malicious use of the procedure by any inmate who knowingly makes false statements about staff.
5. Frivolous grievances which are clearly insufficient will be returned to the inmate without being processed.

Employees are forbidden from punishing a detainee for writing a grievance. Any perceived punishment shall be reported to the jail administrator / ssistant jail administrator without delay. Substantiated reports of retaliation shall subject the employee to disciplinary action.

Please don't mail this forms to us because it will not be answered.

# APPENDIX "B"

Medical Requests and Responses
Listed Chronologically
Faulkner County Detention Center

Requests are numbered as S.C.1, S.C.2., etc
Responses are numbered as R-1, R-2, etc

NOTE: My sugar was 93 and notice officer want even sign these forms.

# MEDICAL REQUEST FORM Sick Call 1
### Faulkner County Detention Center

(SC 1)

NAME: Robert E. Henry          CELL: Holding

DESCRIBE YOUR MEDICAL
PROBLEM: My Sugar is low now & I am shaking it was 93 my hand hurting it is 12:52 AM & I was told my sugar got to be 50 before I get a snack to bring it back up. The Judge when I went to court 3 morning put in the order to get my diabitic in order. Why do it go to be 50 Before I get his. I want make it to 5:00 AM Brakfast

Is it an Emergency (YES) or NO

MEDICATION ALLERGIES: _____ YES
MEDICATIONS YOU ARE TAKING: _Diabatic / High Blood / C.O.P.D._

PAST MEDICAL HISTORY: _____ SAME
_____ C.O.P.D.
WHO IS YOUR DOCTOR: _N/A_
ADDRESS/TELEPHONE: _501 - 257 - 1000_
INSURANCE (Medicare/Medicaid/Private): _YES_

NOTICE:    Upon inmate signing this request, there will be standard medical related charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00, Prescription $3.00 per prescription, Transportation fee $25.00, which will be deducted from inmates commissary.
I understand that if I need or request treatment that is not available inside this facility that I may be responsible for any bills that are incurred for such treatment.

AGE: _59_ DOB _8-7-55_     TOTAL MEDICAL CHARGE/S: _____
INMATE NAME PRINTED: _Robert Henry_   SSN# _6477_
INMATE SIGNATURE: _Robert H.S._     DATE: _3-6-15_
RECEIVING OFFICER: _____      DATE/TIME: _____

...er receiving this form shall put it in the nurse's box. If it is an emergency the nurse
...ntacted for advice on next action taken.

## DO NOT WRITE ON BACK OF THIS FORM

## INMATE PROGRESS NOTES

Response 1
(R-1)

VITAL SIGNS:    B/P: _____    H/R: _____    R/R: _____

TEMP: _____    SPO$_2$: _____    %WEIGHT: _____

EKG: _____

ASSESSMENT: The diabetic protocols Are what they Are, not what you might want them to be, be patient And this will be A distant memory soon enough.

MEDICATIONS: _____

PLAN: _____

NURSE/EMT: _____    DATE/TIME: 3-6-15

COMMENTS: _____

# MEDICAL REQUEST FORM

Faulkner County Detention Center

S. C. 2

NAME: Robert Henry                    CELL: Holding

DESCRIBE YOUR MEDICAL
PROBLEM: I have been here waiting on my Diabetic Results
from Doctors for 7 days. Now I understand the ice outside
but the nurss talk to the doctor daily about my condition.
My sugar Results should be over and I don't need to
stay in hold if the doctor no my results from my diabatic,
I do not to get sugar items at store. I need T.V.

Is it an Emergency (YES) or NO

MEDICATION ALLERGIES: _____ YES _____
MEDICATIONS YOU ARE TAKING: _____ High Blood _____
Diabatic
PAST MEDICAL HISTORY: _____ SAME _____

WHO IS YOUR DOCTOR: V.A
    ADDRESS/TELEPHONE: _____
INSURANCE (Medicare/Medicaid/Private): ____ YES _____

NOTICE:    Upon inmate signing this request, there will be standard medical related
           charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00,
           Prescription $3.00 per prescription, Transportation fee $25.00, which will
           be deducted from inmates commissary.
           I understand that if I need or request treatment that is not available inside
           this facility that I may be responsible for any bills that are incurred for such
           treatment.

AGE: 59    DOB 8-2-55    TOTAL MEDICAL CHARGE/S: _____
INMATE NAME PRINTED: Robert Henry    SSN# 6427
INMATE SIGNATURE: Robert Henry    DATE: 3-9-15
RECEIVING OFFICER: _____    DATE/TIME: _____

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse
may be contacted for advice on next action taken.

## DO NOT WRITE ON BACK OF THIS FORM

No: 53298

R-2

## INMATE PROGRESS NOTES

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO$_2$: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

MEDICATIONS: _____
_____
_____
_____
_____
_____

PLAN: You Are released back to your cell,
The doctor will continue to hold your
commissary until he feels you Are
stable on the 70/30 Insulin.

NURSE/EMT: _____   DATE/TIME: 3-6-15

COMMENTS: _____
_____
_____
_____

*[Handwritten top margin]* Look at This How The staff put sweets in meals of Diabatic Cakes's, Jelly, but ... has no appeal Box   S.C.3

# MEDICAL REQUEST FORM
## Faulkner County Detention Center

NAME: Robert E. Henry   CELL: 203

DESCRIBE YOUR MEDICAL

PROBLEM: I Request my commissary for the Rest of my time in this Jail due to the fact I get cakes, Peanut Butter & Jelly with my meals daily at this unit. I am 60 yrs of age I No-Not to order candy etc. (sweets) Now that my sugar went up. I can't see why I can't order a Diet-Coke / crackers / and skins at least. 1 gram of sugar an Back of Packs (Potato-Chips), So when I order this wk No-one should take my order And give me Nothing from my commissary.- @ DHS  The Judge gave order for my Diabatic care.

Is it an Emergency   YES or NO

MEDICATION ALLERGIES: Yes

MEDICATIONS YOU ARE TAKING: High Blood / Coil.P.l / Diabatic

PAST MEDICAL HISTORY: Same

WHO IS YOUR DOCTOR: U.B

ADDRESS/TELEPHONE: 527-1000

INSURANCE (Medicare/Medicaid/Private): Yes

NOTICE:   Upon inmate signing this request, there will be standard medical related charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00, Prescription $3.00 per prescription, Transportation fee $25.00, which will be deducted from inmates commissary.
I understand that if I need or request treatment that is not available inside this facility that I may be responsible for any bills that are incurred for such treatment.

AGE: 59   DOB: 8-2-55   TOTAL MEDICAL CHARGE/S: _____

INMATE NAME PRINTED: Robert E. Henry   SSN# XXXXXX 6427

INMATE SIGNATURE: Robert E. Henry   DATE: 3-8-15

RECEIVING OFFICER: _____ #544   DATE/TIME: 3-8-15

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse may be contacted for advice on next action taken.

## DO NOT WRITE ON BACK OF THIS FORM

No: 53084

M0001

## INMATE PROGRESS NOTES

R-3

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO₂: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT: You Are describing the regular diet provided by this facility - you were informed and stated understanding that you Not getting Commissary is Not A punishment but A tool ordered by the doctor to see how the scheduled insulin works with the regular diet without the added calories of your Commissary you were Asked to be patient for A few more days

MEDICATIONS: _____

PLAN: This is temporary and nessicary for your medical treatment - be patient

NURSE/EMT: _____   DATE/TIME: 3-9-15

COMMENTS: _____

# MEDICAL REQUEST FORM
## Faulkner County Detention Center

S.C. 4
3-11-15
No-B18
Red

NAME: Robert E. Henry          CELL: 203

DESCRIBE YOUR MEDICAL

PROBLEM: Now! on 3-10-15 No-one on staff came by to get a B/S Reading. I was told to put in for my commissary & the doctor w/ check out my reading. Now; this was not my fault so how can the officer not take my B/S Reading and that come back on me, not getting my commissary for others not doing their job, it is a reason why the nursing staff not give me my commissary when it is not my fault no B/S Reading.

Is it an Emergency YES or NO

MEDICATION ALLERGIES: _____ yes

MEDICATIONS YOU ARE TAKING: High Blood - Diabeta

PAST MEDICAL HISTORY: same

WHO IS YOUR DOCTOR: V. A

ADDRESS/TELEPHONE: _____

INSURANCE (Medicare/Medicaid/Private): yes

NOTICE:     Upon inmate signing this request, there will be standard medical related charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00, Prescription $3.00 per prescription, Transportation fee $25.00, which will be deducted from inmates commissary.
I understand that if I need or request treatment that is not available inside this facility that I may be responsible for any bills that are incurred for such treatment.

AGE: 59   DOB: 8-2-55   TOTAL MEDICAL CHARGE/S: _____

INMATE NAME PRINTED: Robert Henry   SSN# XXXX 6427

INMATE SIGNATURE: Robert Henry   DATE: 5-10-15

RECEIVING OFFICER: Lipsn   DATE/TIME: 340 2.15

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse may be contacted for advice on next action taken.

## DO NOT WRITE ON BACK OF THIS FORM

No: 53083
M0001

R-4

# INMATE PROGRESS NOTES

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO$_2$: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT:  Your blood sugar will be taken twice a day
As the doctor has ordered

MEDICATIONS: _____

PLAN: _____

NURSE/EMT: _____   DATE/TIME: 3-12-15

COMMENTS: _____

S.C.5

# MEDICAL REQUEST FORM

## Faulkner County Detention Center

NAME: Robert Henry          CELL: 203

DESCRIBE YOUR MEDICAL
PROBLEM: So now I am the only Diabetic that don't get my BIS checked before I eat. Officer Glover let me see where it was changed from 4:00 am to 8:00am after I have ate; it would be high my BIS because of Sugar & Rice for Breakfast you no my BIS will be high

Is it an Emergency ⟨YES⟩ or NO

MEDICATION ALLERGIES: _____ YES _____

MEDICATIONS YOU ARE TAKING: _____ High Blood ( Diab _____

PAST MEDICAL HISTORY: _____ Gout _____

WHO IS YOUR DOCTOR: _____

ADDRESS/TELEPHONE: _____

INSURANCE (Medicare/Medicaid/Private): _____

NOTICE: Upon inmate signing this request, there will be standard medical related charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00, Prescription $3.00 per prescription, Transportation fee $25.00, which will be deducted from inmates commissary.
I understand that if I need or request treatment that is not available inside this facility that I may be responsible for any bills that are incurred for such treatment.

AGE: 59    DOB: 8-2-55 _____    TOTAL MEDICAL CHARGE/S: _____

INMATE NAME PRINTED: Robert Henry    SSN# xxx-xx 6427

INMATE SIGNATURE: Robert H 320    DATE: 3-11-19

RECEIVING OFFICER: E. White 320    DATE/TIME: 3/11/15 09/15

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse may be contacted for advice on next action taken.

## DO NOT WRITE ON BACK OF THIS FORM          No: 53106

R-5

# INMATE PROGRESS NOTES

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO$_2$: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

MEDICATIONS: _____
_____
_____
_____
_____
_____

PLAN: _The new Diabetic protocol is in effect_
_This is by the doctors order And_
_Supported approved by the MA for_ _____
_____
_____

NURSE/EMT: _[signature]_____   DATE/TIME: _3-12-15_

COMMENTS: _____
_____
_____
_____

*They didn't ANSWER my question. This Ase A question on 3-13-15 so I wrote Another oo 4-12-15 to STAFF Lt. Huffn + Sgt. Stone*

# MEDICAL REQUEST FORM

Faulkner County Detention Center — *S.C.b*

NAME: Robert Henry *notc.*     CELL: 203

DESCRIBE YOUR MEDICAL
PROBLEM: Officer William didn't (no) right medication to Pass out on 3-13-15, also Nurse, Suppose to check BIS Reading at 0800 am hrs, as card say and didn't check it (or) give insulin if needed that day. Everyday it is a untrained officer passing out medication, and what is the Nurse foR.

Is it an Emergency YES or NO

MEDICATION ALLERGIES: _____ yes

MEDICATIONS YOU ARE TAKING: High Blood / Diabatic - Ice BP.

PAST MEDICAL HISTORY: _____ Same

WHO IS YOUR DOCTOR: _____ V.A

ADDRESS/TELEPHONE: _____ 257 - 1000

INSURANCE (Medicare/Medicaid/Private): _____ yes

NOTICE:     Upon inmate signing this request, there will be standard medical related charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00, Prescription $3.00 per prescription, Transportation fee $25.00, which will be deducted from inmates commissary.
I understand that if I need or request treatment that is not available inside this facility that I may be responsible for any bills that are incurred for such treatment.

AGE: 59   DOB 8 - 2 - 55   TOTAL MEDICAL CHARGE/S: _____

INMATE NAME PRINTED: Robert Henry   SSN# xyyy-4427

INMATE SIGNATURE: Robert Henry   DATE: 3-13-15

RECEIVING OFFICER: Ofc Conway # 343   DATE/TIME: 3/13/15

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse may be contacted for advice on next action taken.

## DO NOT WRITE ON BACK OF THIS FORM     No: 53236

## INMATE PROGRESS NOTES

R-6

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO$_2$: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT: 3-13-15 was Last Friday - you had your blood sugar checked twice as ordered, you took your medicine as ordered except at 0800 - Why didn't you take your medicine that morning?

MEDICATIONS: _____

PLAN: _____

NURSE/EMT: _____   DATE/TIME: 3-16-15

COMMENTS: _____

NOTE: The doctor didn't do anything concerning eye's and Budge
said to take CARE in His order

# MEDICAL REQUEST FORM

Faulkner County Detention Center   S.C.7

Eyes Still have

NAME: Robert E. Henry          CELL: 203

DESCRIBE YOUR MEDICAL
PROBLEM: I can't see like I you to see, my
eyes are going out due to Diabetic I guess
when came from Down stairs I could read
my Bible now I can't

Is it an Emergency   YES or NO

MEDICATION ALLERGIES: _____ yes

MEDICATIONS YOU ARE TAKING: High / Blood   / Diabetic

PAST MEDICAL HISTORY: _____ same

WHO IS YOUR DOCTOR: _____ VA

ADDRESS/TELEPHONE: _____

INSURANCE (Medicare/Medicaid/Private): _____ YES

NOTICE:   Upon inmate signing this request, there will be standard medical related
          charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00,
          Prescription $3.00 per prescription, Transportation fee $25.00, which will
          be deducted from inmates commissary.
          I understand that if I need or request treatment that is not available inside
          this facility that I may be responsible for any bills that are incurred for such
          treatment.

AGE: 59   DOB 8-2-55   TOTAL MEDICAL CHARGE/S: _____
INMATE NAME PRINTED: Robert Henry   SSN# X 6 X X 6427
INMATE SIGNATURE: _____   DATE: 3-16-15
RECEIVING OFFICER: _____ 329   DATE/TIME: 3/16/15  0916

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse
may be contacted for advice on next action taken.

## DO NOT WRITE ON BACK OF THIS FORM

No: 53224

M0001

## INMATE PROGRESS NOTES

R-7

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO$_2$: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

MEDICATIONS: _____
_____
_____
_____
_____
_____

PLAN: _You will see the doctor on Thursday_
_____
_____
_____
_____
_____
_____

NURSE/EMT: _[signature]_____ DATE/TIME: _3-16-15_

COMMENTS: _____
_____
_____

SEE where they say ~~Problem~~ is cause by Diabatic care
The Jail

# MEDICAL REQUEST FORM Didn't do for me

Faulkner County Detention Center

S.C. 8

NAME: Robert E. Henry          CELL: 203

DESCRIBE YOUR MEDICAL
PROBLEM: Due to my Diabatic I believe it has cause
A problem w/my eyes that made CATRACTS came
on my eyes
when I first came to jail it was no catracts

Is it an Emergency    YES or NO

MEDICATION ALLERGIES: _____

MEDICATIONS YOU ARE TAKING: _____

PAST MEDICAL HISTORY: _____

WHO IS YOUR DOCTOR: _____V.A.,_____
   ADDRESS/TELEPHONE: _____
INSURANCE (Medicare/Medicaid/Private): _No_____

NOTICE:   Upon inmate signing this request, there will be standard medical related
          charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00,
          Prescription $3.00 per prescription, Transportation fee $25.00, which will
          be deducted from inmates commissary.
          I understand that if I need or request treatment that is not available inside
          this facility that I may be responsible for any bills that are incurred for such
          treatment.

AGE: 59   DOB 8-2-55_____   TOTAL MEDICAL CHARGE/S: _____
INMATE NAME PRINTED: Robert Henry       SSN# XX XX 6422
INMATE SIGNATURE: Robert H.             DATE: _____
RECEIVING OFFICER: W. Williams          DATE/TIME: 4/11/15

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse
may be contacted for advice on next action taken.

## DO NOT WRITE ON BACK OF THIS FORM

No: 52739

M0001

## INMATE PROGRESS NOTES

R-8

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO₂: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT: Diabetes does cause Nerve damage to peoples eyes And yes it can cause the development of cateracts to develope more quickly in those who have diabetes but it is not proven that diabetes causes cateracts.

MEDICATIONS: _____

PLAN: _____

NURSE/EMT: _____   DATE/TIME: 4-13-15

COMMENTS: _____

The Subject of Proper Care.

I'm in their MEDICAL REQUEST FORM so usted
County did cause my cause because of Not proper diabetic care.
S.C. 9

Faulkner County Detention Center

NAME: Robert E. Henry          CELL: 203

DESCRIBE YOUR MEDICAL
PROBLEM: Now the (Judge) in Court stated the Jail Need to
Pay for my Eye's since I'm am custidy of the Jail, for
my Catracts Surgery

Is it an Emergency   YES or (NO)

MEDICATION ALLERGIES: Yes
MEDICATIONS YOU ARE TAKING: High Blood /Diabatic /C.O.P.D.

PAST MEDICAL HISTORY: Same

WHO IS YOUR DOCTOR: N. A
      ADDRESS/TELEPHONE: 527 - 1000
INSURANCE (Medicare/Medicaid/Private): NO

NOTICE:   Upon inmate signing this request, there will be standard medical related
          charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00,
          Prescription $3.00 per prescription, Transportation fee $25.00, which will
          be deducted from inmates commissary.
          I understand that if I need or request treatment that is not available inside
          this facility that I may be responsible for any bills that are incurred for such
          treatment.

AGE: 59   DOB 8-2-55          TOTAL MEDICAL CHARGE/S: _____
INMATE NAME PRINTED: Robert E. Henry     SSN# XXX-XX-6427
INMATE SIGNATURE: Robert Henry           DATE: 4-12-15
RECEIVING OFFICER: Cpl Roper             DATE/TIME: 4-13-15

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse
may be contacted for advice on next action taken.

**DO NOT WRITE ON BACK OF THIS FORM**          No: 52768
                                               M0001

## INMATE PROGRESS NOTES

R-9

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO$_2$: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT: When we get a copy of an order that is written and signed by a judge then we can talk about the county paying for your surgery but until then, you are responsible for your medical care. We will transport you to a doctors office if you pay the doctor - not vs. The county did not cause your condition.

MEDICATIONS: _____
_____
_____
_____
_____
_____
_____
_____

PLAN: _____
_____
_____
_____
_____
_____
_____
_____

NURSE/EMT: _____   DATE/TIME: 4-13-15

COMMENTS: _____
_____
_____
_____

# MEDICAL REQUEST FORM   S.C. 10
## Faulkner County Detention Center

NAME: _Robert Henry_          CELL: _203_

DESCRIBE YOUR MEDICAL
PROBLEM: _I need to see when I can get set for cataracts surgery on both of my eye's, since I was told by Judge, I can see Dr_

Is it an Emergency YES or NO

MEDICATION ALLERGIES: _YES_

MEDICATIONS YOU ARE TAKING: _High Blood / Diabatic / COO, P.D,_

PAST MEDICAL HISTORY: _same_

WHO IS YOUR DOCTOR: _V. A_

ADDRESS/TELEPHONE: _527 - 1000_

INSURANCE (Medicare/Medicaid/Private): _NO_

NOTICE:      Upon inmate signing this request, there will be standard medical related
charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00,
Prescription $3.00 per prescription, Transportation fee $25.00, which will
be deducted from inmates commissary.
I understand that if I need or request treatment that is not available inside
this facility that I may be responsible for any bills that are incurred for such
treatment.

AGE: _59_ DOB _8-2-55_      TOTAL MEDICAL CHARGE/S: _____

INMATE NAME PRINTED: _Robert my Robert Henry_ SSN# XXXX-3427

INMATE SIGNATURE: _Robert my_       DATE: _4-12-15_

RECEIVING OFFICER: _Cpl Ry. 324_       DATE/TIME: _4-13-15_

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse
may be contacted for advice on next action taken.

## DO NOT WRITE ON BACK OF THIS FORM

No: 52767
M0001

 

## INMATE PROGRESS NOTES

R-10

VITAL SIGNS: B/P: _____ H/R: _____ R/R: _____

TEMP: _____ SPO$_2$: _____ %WEIGHT: _____

EKG: _____

ASSESSMENT: When we get a copy of an order that is written and signed by a judge then we can talk about the county paying for your surgery but until then, you are responsible for your medical care. We will transport you to a doctors office if you pay the doctor - not us. The county did not cause your condition.

MEDICATIONS: _____
_____
_____
_____
_____
_____

PLAN: _____
_____
_____
_____
_____
_____
_____
_____

NURSE/EMT: _____ DATE/TIME: 4-13-15

COMMENTS: _____
_____
_____
_____



# INMATE PROGRESS NOTES

R-10

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO₂: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT: Diabetes does cause Nerve damage to peoples eyes And yes it can cause the development of caterects to develope more quickly in those who have diabetes but it is not proven that diabetes causes caterects.

MEDICATIONS: NURSE'S Statement AT JAIL ONLY NOT DOCTOR

PLAN: _____

NURSE/EMT: _____   DATE/TIME: 4-13-15

COMMENTS: _____

# INMATE PROGRESS NOTES

R-10

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO$_2$: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

MEDICATIONS: _____
_____
_____
_____
_____
_____

PLAN: _____
_____
_____
_____
_____
_____
_____
_____

NURSE/EMT: _____   DATE/TIME: _4-13-15_

COMMENTS: ___See  MRF# 52768_____
_____
_____
_____

PAGE 7

# MEDICAL REQUEST FORM
### Faulkner County Detention Center

S. C. 11

NAME: Robert C Henry          CELL: 203

DESCRIBE YOUR MEDICAL
PROBLEM: As I was aware the Judge gave the Jail
and order to take me to a eye Doctor
(Immediatly) and it has been 2 wiks
since. I tuld you and have not went to
Doctor yet

Is it an Emergency   YES or NO   *(YES circled)*

MEDICATION ALLERGIES: _____ YES

MEDICATIONS YOU ARE TAKING: _____ High Blood / C.O.P.D.

PAST MEDICAL HISTORY: _____ Same

WHO IS YOUR DOCTOR: _____ V. A
ADDRESS/TELEPHONE: _____ 527-1000
INSURANCE (Medicare/Medicaid/Private): _____ NO

NOTICE:    Upon inmate signing this request, there will be standard medical related
charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00,
Prescription $3.00 per prescription, Transportation fee $25.00, which will
be deducted from inmates commissary.
I understand that if I need or request treatment that is not available inside
this facility that I may be responsible for any bills that are incurred for such
treatment.

AGE: 59   DOB 8-2-55   TOTAL MEDICAL CHARGE/S: _____
INMATE NAME PRINTED: Robert Henry   SSN# XXXX 6427
INMATE SIGNATURE: _____   DATE: 4-24-95
RECEIVING OFFICER: _____ 337   DATE/TIME: 4-24-15 2256

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse
may be contacted for advice on next action taken.

## DO NOT WRITE ON BACK OF THIS FORM

No: 52859
M0001

INMATE PROGRESS NOTES

R-11

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO₂: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT: _An appointment has been made and you will be taken but when it comes to making an appointment with a "specialist" there is no such thing as "immediately"_

_?_

_It Don't Take 2 wks_

MEDICATIONS: _____
_____
_____
_____
_____
_____

PLAN: _____
_____
_____
_____
_____
_____
_____
_____

NURSE/EMT: _____   DATE/TIME: _4-27-15_

COMMENTS: _____
_____
_____
_____

# MEDICAL REQUEST FORM   S.C. R
### Faulkner County Detention Center

NAME: Robert E Henry          CELL: 203

DESCRIBE YOUR MEDICAL
PROBLEM: I need for you to make me apointment to go
to Dentist office
I got A BAD TOOTHACH That Hurts
on my Left side Lower

Is it an Emergency   YES or NO

MEDICATION ALLERGIES: YES

MEDICATIONS YOU ARE TAKING:

PAST MEDICAL HISTORY: Just letting you know stuff
want help inmates

WHO IS YOUR DOCTOR:

ADDRESS/TELEPHONE:

INSURANCE (Medicare/Medicaid/Private):

NOTICE:   Upon inmate signing this request, there will be standard medical related
charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00,
Prescription $3.00 per prescription, Transportation fee $25.00, which will
be deducted from inmates commissary.
I understand that if I need or request treatment that is not available inside
this facility that I may be responsible for any bills that are incurred for such
treatment.

AGE: 59    DOB 8-2-55          TOTAL MEDICAL CHARGE/S:
INMATE NAME PRINTED: Robert Henry      SSN# xxxx 6427
INMATE SIGNATURE: Robert Henry         DATE: 5-16-15
RECEIVING OFFICER: Wimberlig5700       DATE/TIME: 5/16/15

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse
may be contacted for advice on next action taken.

## DO NOT WRITE ON BACK OF THIS FORM

No: 54399
M0001

# INMATE PROGRESS NOTES

R-12

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO$_2$: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT: _____

MEDICATIONS: Take Ibuprofen 800mg twice a day
At 0800 and 1600 — rinse mouth with
saltwater = bring cup with small amount of warm water
to cell door at 0800/1600 and ask for salt — do not drink

PLAN: _____

NURSE/EMT: _____   DATE/TIME: 5-16-15

COMMENTS: _____

# MEDICAL REQUEST FORM

Faulkner County Detention Center

S.C. 13

NAME: Robert E. Henry          CELL: 203

DESCRIBE YOUR MEDICAL
PROBLEM: OK; you didn't check B/S on 5-20-15 until 12:35 And Officer Rapper checked it then doing the week (not) wkend And on 5-27-15 Protocal 3:00 pm no B/S check, And on 5-28-15 Proto col was at 9:30 you said ok (the) 10:30 Am, Nurse doing the week on A thursday no-B/S check. So I see a patten here, And please Return this grievance request form, since I didn't get one back 5-20-15 Req.

Is it an Emergency  YES or NO

MEDICATION ALLERGIES: _____ yes
MEDICATIONS YOU ARE TAKING: Diabetic / High Blood / C.O.P.D.

PAST MEDICAL HISTORY: _____ gout

WHO IS YOUR DOCTOR: _____ V, A
    ADDRESS/TELEPHONE: _____ 257 1000
INSURANCE (Medicare/Medicaid/Private): (NO)

NOTICE:     Upon inmate signing this request, there will be standard medical related
            charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00,
            Prescription $3.00 per prescription, Transportation fee $25.00, which will
            be deducted from inmates commissary.
            I understand that if I need or request treatment that is not available inside
            this facility that I may be responsible for any bills that are incurred for such
            treatment.

AGE: 59   DOB 8-2-55 _____ TOTAL MEDICAL CHARGE/S: _____
INMATE NAME PRINTED: Robert Henry _____ SSN# XXX 6 427
INMATE SIGNATURE: _____ DATE: 5-28-15
RECEIVING OFFICER: D. Williams _____ DATE/TIME: 5/28/15

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse
may be contacted for advice on next action taken.

## DO NOT WRITE ON BACK OF THIS FORM

No: 54201
M0001

# INMATE PROGRESS NOTES

R-13

VITAL SIGNS: B/P: _____ H/R: _____ R/R: _____

TEMP: _____ SPO₂: _____ %WEIGHT: _____

EKG: _____

ASSESSMENT: An officer was tasked to check your BS on Thursday morning due to the doctor being in clinic — he will be questioned

MEDICATIONS: _____

PLAN: _____

NURSE/EMT: _____ DATE/TIME: 5-27-15

COMMENTS: _____

# APPENDIX "C"

Faulkner County Circuit Judge's Orders

FCDC Menu

THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS
2ND BOND DIVISION

STATE OF ARKANSAS                                                                    PLAINTIFF

VS. CR- 2015-129

Robert Henry                                                                          DEFENDANT

**FILED IN COURT**
DATE _____
Rhonda Wharton, Clerk
By _____ DC
@ 3:30 PM

### PRETRIAL ORDER

ON THIS DATE COME BEFORE THE COURT THE ABOVE NAMED DEFENDANT FOR:
☐ FIRST APPEARANCE   ☑ ARRAIGNMENT   ☐ _____

THE DEFENDANT IS **ORDERED** TO APPEAR IN COURT AT 9:00 M. ON THE FOLLOWING DATES:

ARRAIGNMENT: _____
PRETRIAL/OMNIBUS HEARING: 4-6-15
TRIAL: WEEK OF _____
PROBATION REVOCATION HEARING: _____
PLEA AND SENTENCING: _____
APPEAR WITH ATTORNEY: 4-6-15

THE COURT FINDS THAT IF THE DEFENDANT IS RELEASED ON BOND, RELEASE IS SUBJECT TO THE FOLLOWING CONDITIONS AND RESTRICTIONS:

1. The defendant shall obey all laws of the United States, State of Arkansas, and all city and county ordinances.
2. The defendant shall keep the sheriff's department and his or her commercial bondsman advised of his or her current address, home telephone number, place of employment and message phone at all times.
3. The defendant shall not use and/or possess firearms, alcohol, or controlled substances without prescription.
4. The defendant shall comply with all NO CONTACT ORDERS and/or ORDERS OF PROTECTION.
5. ☐ The Defendant having been advised of his/her rights by the court.
6. Absent a detainer, the court finds that BOND should be set at ☐ PERSONAL RECOGNIZANCE,
   ☑ To be held **WITHOUT BOND**  ☐ Unsecured bond  ☐ Sheriff's bond  ☐ Cash bond
   ☑ Secured or professional surety bond in the amount of $ _____
7. Special conditions: ☐ Electronic monitor ☐ Random drug screens
   ☐ Substance abuse treatment approved by Adult Probation           Diabetic Care by Judge Order
   ☑ Other Condition: _____
8. Public Defender  ☐ Approved  ☑ Denied  ☐ User fee _____
9. Detainer:  ☐ Parole/Probation Hold  ☐ Other Law Enforcement Agency _____
10. Other: _____

**IT IS SO ORDERED.**     **CIRCUIT JUDGE** _____     **DATE** 3/2/15

Defendant's Address: _____   Phone: _____
Defendant's SS#: _____ D.O.B. _____ Race: _____ Gender: _____ Hair: _____ Eyes: _____
Place of Employment: _____   Tracking No.: _____
Defendant's Attorney: _____   ( ) Public Defender  Phone: _____
Other: _____

DIVISION 2: 450-4904                    DIVISION 3: 450-4970
FAX: 450-4977                           FAX: 450-4972

WHITE COPY-CLERK      YELLOW COPY-DEFENDANT      PINK COPY-DEFENSE ATTORNEY      GOLD COPY-PROSECUTOR      GREEN COPY-SHERIFF

04/07/15 15:23  Law Office 15013277947  Page 2

FILED INCOURT
DATE ___4-10-2015___
Rhonda Wharton, Clerk
By _____ DC
a 8:55 A m.

## IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANAS
### THIRD DIVISION

STATE OF ARKANSAS                                    PLAINTIFF

VS. NOS. CR-2014-791, 2014-817, 2014-1083, 2015-129

**ROBERT HENRY**                                     DEFENDANT

### ORDER

Now on this ___7___ day of April, 2015, motion of the Defendant and for good

cause shown, the Court doth hereby find and order:

That the Sheriff of Faulkner County, Arkansas is ordered to immediately schedule

an appointment for Defendant with a qualified Ophthalmologist, and pay for Defendant's

treatment.


**IT IS SO ORDERED.**

_____
CIRCUIT JUDGE


APPROVED AS TO FORM:

_____
DEPUTY PROSECUTING ATTORNEY


PREPARED BY:

LYNN F. PLEMMONS
Attorney at Law
835 Faulkner Street
Conway, AR 72034
(501) 327-7404

|  |  | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| (Sugar) Oatmeal<br>Bread (Sugar)<br>Apple Sauce<br>Sugar<br><br>(Sweet)<br>Apple Juice | (Sugar) Grits<br>Bread (Sugar)<br>Pineapples<br>Sugar<br><br>(Sweet)<br>Apple Juice | (Sugar) Rice<br>Bread (Sugar)<br>Apple Sauce<br>Sugar<br><br>(Sweet)<br>Apple Juice | Cereal<br>Bread (Sugar)<br>Pineapples (Sugar)<br>milk<br><br>(Sweet)<br>Apple Juice | (Sugar) Rice<br>Bread (Sugar)<br>Apple Sauce<br>Sugar<br><br>(Sweet)<br>Apple Juice | (Sugar) Oatmeal<br>Bread (Sugar)<br>Apple Sauce<br>Sugar<br><br>(Sweet)<br>Apple Juice | (Sugar) Rice<br>Bread (Sugar)<br>Apple Sauce<br>Sugar<br><br>(Sweet)<br>Apple Juice |
| PB & Jelly (Sugar)<br>Cake (Sugar)<br>Sweet Carrots<br>(Sugar)<br><br>Sweet) Tea (Sugar) | Bologna<br>Greenbeans<br>Bread (Sugar)<br><br>(Sugar<br>(Sweet) TEA | Ham Sandwitch<br>Bread (Sugar)<br>Greens<br>Pineapples (Sugar)<br><br>(Sugar)<br>(Sweet) TEA | Bologna<br>Bread<br>Veggies<br>Apple sauce (Sugar)<br><br>(Sugar)<br>(Sweet) TEA | PB & Jelly (Sugar)<br>Cake (Sugar)<br>Bread<br>Sweet Carrots (Sugar)<br><br>(Sugar)<br>(Sweet) TEA | Ham Sandwitch<br>Bread (Sugar)<br>Greens<br><br>Sugar<br>(Sweet) TEA | PB & Jelly (Sugar)<br>Cake (Sugar)<br>Sweet Carrots<br>Bread Sugar<br><br>Sugar<br>(Sweet) TEA |
| Bologna<br>mixed veggies<br>Apple sauce<br>(Sugar<br><br>Sugar<br>Sweet) TEA | Goolash<br>Corn<br>Bread (Sugar<br>Cake (Sugar)<br><br>Sugar<br>(Sweet) TEA | Beans<br>Corn Bread<br>Sweet Carrots<br>Cake (Sugar)<br><br>(Sugar)<br>(Sweet) TEA | Hot dogs<br>Bread<br>Greens<br>Cake (Sugar)<br>Colslaw<br><br>(Sugar)<br>(Sweet) TEA | Chilli<br>Corn<br>Crackers<br>Cake (Sugar)<br><br>(Sugar)<br>(Sweet) TEA | Chicken<br>Nuggets<br>Bread<br>Cake (Sugar)<br>Veggies<br><br>Sugar<br>(Sweet) TEA | Bologna<br>Bread<br>Apple Sauce<br>Veggies (Sugar<br><br>Sugar<br>(Sweet) TEA |

NOTE: This is what I get daily to eat at jail, and I'm a diabetic who takes Insulin. I asked about getting a diabetic tray; and was told by officer and medical staff that Doctor Stewart said "this is the way it is". There for a persons insulin will stay high, with this meal or regular tray and the jail doesn't have nor provide diabetic trays. Also I put GRIEVANCE in ABOUT this matter two time and as of yet haven't gotten one back. There is NO APPEAL BOX in Jail for any grievance or Medical Request forms.