IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT HENRY,
ADC #93695                                                                                          PLAINTIFF

V.                              CASE NO. 4:16-CV-699-BD

MATT RICE, et al.                                                                                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, with prejudice.

IT IS SO ORDERED, this 1st day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE